

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable L. D. Bakman
County Attorney
Montague County
Montague, Texas

Dear Sir:

Opinion No. O-6374

Re: May a public weigher who
has weighed and stored
cotton buy the cotton and
the loan future payments
of the owner.

Your letter of recent date makes the following inquiry:

"Under Art. 5703, Vernon's Texas Statutes,
it shall not be lawful for any factor, commission
merchant, or other person or persons, to employ
any other than a public weigher, or his deputies
to weigh cotton, wool, sugar, hay or grain or
other produce sold or offered for sale in any
city or justice precinct having a public weigher
duly qualified.

"I would like to have your opinion whether
or not a public weigher has the right or not to
buy cotton after he has served as the public
weigher on the cotton and also served as ware-
houseman to store the cotton. If in your opinion
this public weigher has the right to weigh the
cotton, store it in his warehouse, and then buy it,
I would like to know if he has the right to buy the
federal loan papers against this cotton from the
owner of the cotton after the owner has put the
cotton in a federal loan and received his loan on
the cotton. In other words, does the public weigher
have the right to buy whatever future payment which
the owner of the cotton might have in the cotton.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable L. D. Eakman, Page 2

"I have been unable to find any law which prohibits the public weigher who also serves as warehouseman and buys the cotton and the loan future payments from the owner. I will appreciate your opinion on this matter."

You have supplemented your inquiry with the statement that the public weigher inquired about is an elected public weigher.

Article 5680, Vernon's Annotated Civil Statutes, defines a public weigher as:

"Any person engaged in the business of public weighing for hire, or any person who shall weigh or measure any commodity, produce or article, and issue therefor a weight certificate or weight sheet, which shall be accepted as the accurate weight upon which the purchase or sale of such commodity, produce or article is based, shall be known as a public weigher, . . ."

Article 5684, in setting out the qualifications of a public weigher, states among other qualifications the following:

"No person shall be appointed or elected public weigher, or deputy public weigher who is interested in the buying or sale of cotton, wool, sugar or grain to be weighed, either as principal, agent, factor, commission merchant or employee."

We think that it would defeat the purpose of the Legislature in enacting Article 5684, supra, to allow a public weigher after he has qualified as such, to do those things which would disqualify him from being elected public weigher. Therefore, it is the opinion of this department that your questions should be answered in the negative, and they are so answered.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By J. C. Davis, Jr.
J. C. Davis, Jr.
Assistant

APPROVED SEP 10 1945   By John Reeves
John Reeves

JR:lj

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN